IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY, ABC COMPANIES 1-100, AND JOHN DOES 1-100<br><br>Defendants. | CIVIL ACTION<br>NO. 23-4974 |

## ORDER

**AND NOW**, this 13th day of August 2024, upon consideration of Defendant Blue Cross Blue Shield of Mississippi's Motion to Dismiss (Doc. No. 8), Plaintiff Abira Medical Laboratories, LLC's Response in Opposition (Doc. No. 11), Defendant's Reply (Doc. No. 14), the arguments of counsel for the parties at the June 4, 2024 hearing on the Motion to Dismiss (Doc. No. 18), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**.

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

3. The Clerk of Court shall close the above-captioned case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.